UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER BELTRAN,<br><br>                                Movant,<br>                -v-<br><br>UNITED STATES OF AMERICA,<br><br>                                Respondent. | 16 Civ. 4452 (PAE)<br><br>11 Cr. 1032-60 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the December 17, 2019 letter from counsel for Javier Beltran, Dkt. 2464, asking that the court reconsider its October 10, 2019 order, Dkt. 2435, denying Beltran's petition to vacate Count One of the superseding information to which Beltran pled guilty. While Beltran's motion for reconsideration is untimely, the Court, in the interest of assuring a correct result, would welcome a response from the Government, specifically focused on whether Beltran's predicate offense (murder in aid of racketeering) is a crime of violence under 18 U.S.C. § 16(a). The Government's response is due January 8, 2020. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 18, 2019
       New York, New York